# EXHIBIT A

## DAWN SOWLE

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| Interscope Records | Eminem | If I Had | The Slim Shady LP | 262-686 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | Freedom | Listen Without Prejudice, Vol. 1 | 133-600 |
| SONY BMG MUSIC ENTERTAINMENT | Meat Loaf | Paradise By The Dashboard Light | Bat Out Of Hell | N46849 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | No Ordinary Love | Love Deluxe | 183-731 |
| BMG Music | Foo Fighters | Learn To Fly | There Is Nothing Left To Lose | 285-034 |