UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Warner Bros Records, et al

v. C.A. No. 06-248S

Dawn Sowle

**SHOW CAUSE ORDER**

On or before **March 26, 2007** the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

William E. Smith
US District Judge

Date: 3/7/07

FORMS/SHWCAUS2.ORD