U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

~~ELAYVILLE RI 02816~~ Richmond 02812

7006 3450 0003 2397 6506

| | | |
|---|---|---|
| Postage | $ $0.39 | 0852 |
| Certified Fee | $2.40 | 09 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.64 | 03/23/2007 |

NORTH KINGSTOWN, RI 02852 MAR 23 2007

Sent To Dawn Sowle

Street, Apt. No.; or PO Box No. 9 Denise Drive

City, State, ZIP+4 Richmond, RI 02812

PS Form 3800, August 2006 See Reverse for Instructions