UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WARNER BROS RECORDS, INC., ET AL

v. CA06-248S

DAWN SOWLE

**ORDER**

The above-captioned case was filed on May 23, 2006 and default was entered on March 23, 2007. The matter has been pending since without any further action and at least 120 days have passed since the complaint was filed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. Local Rule 41.

SO ORDERED:

WESmm
William E. Smith
U.S. District Judge
Date: 4/12/07

ENTERED:

Deputy Clerk