UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,

Plaintiffs,

v.

Dawn Sowle,

Defendant.

Case No.: 1:06-cv-00248-S-DLM

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Warner Bros. Records, Inc., *et al.*, respectfully submit this response to the Court's April 16, 2007 Order to Show Cause. Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs by and through their attorneys, voluntarily dismiss this case without prejudice each party to bear its/his/her own fees and costs. The Clerk of the Court is requested to close this case.

Dated 4/19/07

By: /s/ James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for the Plaintiffs

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 19th day of April, 2007, I mailed a true and accurate copy of the within Notice of Dismissal first class, postage prepaid to Ms. Dawn Sowle; 9 Denise Dr., Richmond, RI 02812-1027

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.